UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRELL LeBEAUX WARREN, ET AL, | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:11-cv-02282 |
| | * | |
| BENJAMIN GELLER, ET AL, | * | SECTION: G (1) |
| | * | |
| Defendants. | * | |

**DEFENDANT ARLYN NELSON'S MOTION FOR EXPEDITED HEARING ON HIS MOTION TO CONTINUE DEADLINES FOR PARTIES TO FILE MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Arlyn Nelson ("Nelson") files this Motion for Expedited Hearing on its Motions for Summary Judgment. Nelson previously filed a Motion to Continue Deadlines for Parties to File Motions for Summary Judgment.

As the present deadline to file Motions for Summary Judgment is November 6, 2012, only a few days away, Arlyn Nelson seeks to expedite the hearing on its Motion to Continue such deadlines.

Respectfully submitted,

s/ *Robert L. Walsh*
ROBERT L. WALSH (Bar No.17850)
THOMAS P. HUBERT (Bar No.19625)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Phone: 504-582-8000
Fax:   504-582-8583
Email: rwalsh@joneswalker.com
         thubert@joneswalker.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system on November 2, 2012. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*s/ Robert L. Walsh*