UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRELL LeBEAUX WARREN, ET AL, | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:11-cv-02282 |
| | * | |
| BENJAMIN GELLER, ET AL, | * | SECTION: G (1) |
| | * | |
| Defendants. | * | |

## ORDER

Considering the foregoing Motion for Expedited Hearing on Motion to Continue Deadlines for Parties to File Motions for Summary Judgment,

**IT IS HEREBY ORDERED** that the hearing of Defendant Arlyn Nelson's Motion to Continue Deadlines for Parties to File Motions for Summary Judgment shall take place on the _____ day of November, 20912 at _____ o'clock ___.m. before Judge Brown.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

{N2542089.1}